AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means    ☐ Original    ☐ Duplicate Original

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| In the Matter of the Search of<br><br>A white 2005 Chevrolet Silverado pickup truck, with California license plate 70138L3, and Vehicle Identification Number ("VIN") 1GCEK19T62E170467 ("SUBJECT VEHICLE 1"), which is believed to be ARIZON's vehicle, as further described in Attachment A-3 | Case No. 8:22-mj-00790-DUTY |

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:  Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Central District of California *(identify the person or describe the property to be searched and give its location)*:

*See Attachment A-3*

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property described above, and that such search will reveal *(identify the person or describe the property to be seized)*:

*See Attachment B*

Such affidavit(s) or testimony are incorporated herein by reference and attached hereto.

**YOU ARE COMMANDED** to execute this warrant on or before <u>14 days from the date of its issuance</u> *(not to exceed 14 days)*

☒ in the daytime 6:00 a.m. to 10:00 p.m.    ☐ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to <u>the U.S. Magistrate Judge on duty at the time of the return through a filing with the Clerk's Office.</u>

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)*

☐ for ___ days *(not to exceed 30)*    ☐ until, the facts justifying, the later specific date of _____.

Date and time issued: <u>December 16, 2022, 2:38 p.m.</u>        *Karen L. Stevenson* (signature)
                                                                                                    *Judge's signature*

City and state: <u>Los Angeles, CA</u>                              Honorable Karen Stevenson, U.S. Magistrate Judge
                                                                                                    *Printed name and title*

AUSA: Jeff Chemerinsky, ext. 6520

AO 93C (Rev. 8/18) Warrant by Telephone of Other Reliable Electronic Means (Page 2)

# Return

| Case No.: 8:22-mj-00790 | Date and time warrant executed: 12/21/2022 8:30 a.m. | Copy of warrant and inventory left with: Inside of vehicle. |
|---|---|---|

Inventory made in the presence of :
TFO Ryan Mcduffy

Inventory of the property taken and name of any person(s) seized:
No evidence or property seized.

# Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date: 12/27/2022

Brady Jones(Signed Electronically)
*Executing officer's signature*

Brady Jones ATF Task Force Officer
*Printed name and title*